IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

Russell Carlson, )
)
        Petitioner, )
)
v. ) Civil Action No. 4:08-1913-SB
)
Warden Lieber Correctional ) **ORDER**
Institution, )
)
        Respondent. )
)

    This matter is before the Court upon the Petitioner's *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

    On August 13, 2009, the Magistrate Judge issued a report and recommendation ("R&R") analyzing the issues and recommending that the Court grant the Respondent's motion for summary judgment and deny the Petitioner's petitioner for a writ of habeas corpus. Attached to the R&R was a notice advising the parties of the right to file specific, written objections to the R&R within 10 days of the date of service of the R&R. To date, no objections have been filed.



    Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Petitioner did not file any specific, written objections, there are no portions of the R&R to which the Court must conduct a de novo review. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order

of this Court, and it is

**ORDERED** that the Respondent's motion for summary judgment (Entry 19) is granted, and the Petitioner's petition for a writ of habeas corpus is denied. Any other outstanding motions are deemed moot.

**IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

September 14, 2009
Charleston, South Carolina